# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO 23-5081-GF-JTJ |
| Plaintiff, | VIOLATION: E1383723 |
| vs. | Location Code: M13 |
| ALAN D. DUVALL, | ORDER |
| Defendant. | |

---

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the bench warrant ordered issued on October 11, 2023, is **QUASHED. IT IS FURTHER ORDERED** than an initial appearance is rescheduled for February 8, 2024, at 9:00 a.m., at the Missouri River Courthouse in Great Falls, Montana. The Defendant may appear remotely.

DATED this 29th day of January, 2024.

_____
John Johnston
United States Magistrate Judge