# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ALAN D. DUVALL,**<br><br>**Defendant.** | PO 23-5081-GF-JTJ<br><br>**VIOLATION:**<br>E1383723<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for April 25, 2024, is **VACATED**.

DATED this 2nd day of April, 2024.

_____
John Johnston
United States Magistrate Judge